JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| MARTIN SILVA,<br><br>Petitioner,<br><br>v.<br><br>JOSIE GASTELO,<br><br>Respondent. | No. CV 20-05359-MWF (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Date:  February 25, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge